IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                          No. 5:11-cv-254-DPM

CARL W. RAY                                                      DEFENDANT

## ORDER

The United States moves to voluntarily dismiss its complaint because it was unable to serve Ray, who has apparently moved out of the country. Motion, *Document No. 2*, granted. FED. R. CIV. P. 41(a)(2). The United States' complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2012