IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 5:11-cv-254-DPM

CARL W. RAY                                                 DEFENDANT

## JUDGMENT

The United States' complaint is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 February 2012